IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| THERESA NEASBITT, | ) | |
| | ) | |
| Plaintiff, | ) | CV-07-804-KI |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| | ) | |
| Defendant | ) | |

    Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

    Dated this ____9th_____ day of June, 2008.

                                                  /s/ Garr M. King
                                                  Garr M. King
                                                  United States District Judge

1 - JUDGMENT